

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BYRON ZULAUF<br>*Plaintiff,*<br><br>vs.<br><br>RAYMOND M. GONZALEZ AND<br>DTL TRANSPORTATION, LLC<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. __6:21-cv-142__ |

## EXHIBIT A: INDEX OF DOCUMENTS BEING FILED WITH THE NOTICE OF REMOVAL

| Exhibit | Document Title |
|---|---|
| A | Index of Documents |
| B | Docket Sheet (as obtained through Bell County District Clerk Search) |
| C | Plaintiff's Original Petition |
| D | Service of Process Page as Provided by Defendant DTL |
| E | List of Counsel of Record |
| F | DTL Transportation LLC's Florida Registration |
| G | DTL's 2019 Annual Report for Florida |