**EXHIBIT D**



# ORIGINAL

## THE STATE OF TEXAS
### NON-RESIDENT CITATION

Cause No. 321426 - 0

To
DTL TRANSPORTATION LLC
DON FELDER
7301 OVERLAND RD
ORLANDO, FLORIDA 32810

Defendant, in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION, TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, TRCP 194.2 REQUESTS FOR DISCLOSURE & DISCOVERY** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the 146TH DISTRICT COURT, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number 321426 - 0, styled

BYRON ZULAUF
VS
RAYMOND M GONZALEZ

filed in said court on December 04, 2020.

This was issued at the request of attorney: JESUS ZUNIGA, 521 STARR STREET CORPUS CHRISTI, TEXAS 78401.

**NOTICE TO Defendant:** You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer, with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you.

Witness, JOANNA STATON, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on December 08, 2020.

JOANNA STATON, District Clerk
Bell County Texas
1201 West Huey Road
P.O. Box 909
Belton, Texas 76513

By: _____ Deputy Clerk
SIMMONKD

**IN ANOTHER STATE**

Cause No. 321426 - 0

M GONZALEZ

ADDRESS FOR SERVICE:
DTL TRANSPORTATION LLC
DON FELDER
7301 OVERLAND RD
ORLANDO, FLORIDA 32810

IN THE
146TH DISTRICT COURT
BELL COUNTY, TEXAS



**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20___, at _____, o'clock ____.m., and executed in _____ County, State of _____, by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION, TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, TRCP 194.2 REQUESTS FOR DISCLOSURE & DISCOVERY at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

FEES:   $
Serving Petition and Copy $_____

Total                                                                            _____, Officer
                                                                                 County of _____,
                                                                                 State of _____
                                                                                 By: _____, Deputy
                                                                                      Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with TRCP Rule 107; the officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____, and my address is
         (First, Middle, Last)
_____.
         (Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the ____ day of _____.

                                                         _____
                                                         Declarant/Authorized Process Server

                                                         _____
                                                         (Id # & expiration of certification)

Rule 108. - Service In Another State. Where the defendant is absent from the State, or is a nonresident of the State, the form of notice to such defendant of the institution of the suit shall be the same as prescribed for citation to a resident defendant; and such notice may be served by any disinterested person who is not less than eighteen years of age, in the same manner as provided in Rule 106 hereof. The return of service in such cases shall be completed in accordance with Rule 107. A defendant served with such notice shall be required to appear and answer in the same manner and time and under the same penalties as if he had been personally served with a citation within this State to the full extent that he may be required to appear and answer under the Constitution of the United States in an action either in rem or in personam.

bdc_cnr